OFFICE OF THE UNITED STATES TRUSTEE

| | | |
|---|---|---|
| SHELLY R HARRIS | * | |
| | | Case No. 09-29574-DK |
| 3557 ORCHARD SHADE ROAD | * | |
| RANDALLSTOWN, MD 21133 | | (Chapter 13) |
| | * | |
| Debtor. | * | |

\*      \*      \*      \*      \*      \*      \*

NOTICE OF CONTINUED MEETING OF CREDITORS

The Debtor having failed to attend/having requested a continuance of the 341 meeting of creditors scheduled in the case for November 25, 2009, the meeting of creditors has been rescheduled for December 11, 2009 at 9:30 AM at the office of the United States Trustee:

> THE OFFICE OF THE U.S. TRUSTEE - 111
> GARMATZ COURTHOUSE, ROOM 2650
> 101 W. LOMBARD STREET
> BALTIMORE, MD 21201-

The Debtor shall mail a copy of this Notice to all creditors on the mailing matrix and other parties in interest requiring notice within five (5) days of the date of this Notice. Certification of service shall be made to Ellen W. Cosby, Chapter 13 Trustee, within three (3) days after service.

**DEBTOR: IF YOU FAIL TO APPEAR AT THE RESCHEDULED MEETING AT THE PLACE AND TIME GIVEN ABOVE, A MOTION TO DISMISS YOUR CHAPTER 13 CASE WILL BE FILED WITH THE COURTS.**

Dated: November 30, 2009        /s/
                                Ellen W. Cosby, Trustee
                                P.O. Box 20016
                                Baltimore, MD 21284-0016
                                (410) 825-5923

Orig: Debtor
cc: Clerk, U.S. Bankruptcy Court

JEFFREY M SIRODY ESQ
1777 REISTERSTOWN ROAD #360
BALTIMORE, MD 21208-0000